

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00150-CV

**IN THE INTEREST OF K.V.C., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00561
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

This is an accelerated appeal from a final order terminating appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Appellee has filed a motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. The appellee's brief is due on or before **May 23, 2022**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

It is so **ORDERED** on May 16, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT